

# SEALED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **21 CR 435 JFH** |
| **Plaintiff,** | **FILED UNDER SEAL** |
| **v.** | **INDICTMENT** |
| | **[21 U.S.C. §§ 841(a)(1) and** |
| **NICOLE MARIE PURKEY,** | **841(b)(1)(B)(viii) – Possession of** |
| **a/k/a "Nicole Marie Yoder,"** | **Methamphetamine with Intent to** |
| **a/k/a "Nicole Marie Herron,"** | **Distribute]** |
| **Defendant.** | |

### THE GRAND JURY CHARGES:

On or about November 7, 2020, in the Northern District of Oklahoma, the defendant, **NICOLE MARIE PURKEY**, a/k/a "Nicole Marie Yoder," a/k/a "Nicole Marie Herron," knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

CLINTON J. JOHNSON
Acting United States Attorney

A TRUE BILL

JESSICA L. WRIGHT
Assistant United States Attorney

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson