# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-435-JFH |
| NICOLE MARIE PURKEY, a/k/a "Nicole Marie Yoder," a/k/a "Nicole Marie Herron," | |
| Defendant. | |

## JOINT REPORT REGARDING STATUS OF DISCOVERY

COMES NOW, the United States of America, by and through Assistant United States Attorney Jessica L. Wright, and the Defendant, Nicole Marie Purkey, by and through her counsel Richard A. Mitchell (collectively the "Parties") and, pursuant to this Court's November 9, 2021 Scheduling Order (Dkt. No. 10), file this Joint Report Regarding Status of Discovery and respectfully show the Court as follows:

**A. Summary of Completed Discovery**

The Parties can confirm that, as of November 8, 2021, the government's production of discovery to Defendant Purkey is complete with respect to all discoverable materials in the possession of the United States. The discovery in this case generally consists of police reports, jail calls, and an Oklahoma State Bureau of Investigation laboratory report related to Defendant's November 7, 2020 alleged possession of methamphetamine with intent to distribute. The United States made one production to Defendant on November 8, 2021.

B.  **Summary of Ongoing Discovery**

At this time, there is no outstanding discovery. Any ongoing discovery will be produced as it is received by the government.

          Respectfully submitted,

          CLINTON J. JOHNSON
          ACTING UNITED STATES ATTORNEY

          */s/ Jessica L. Wright*
          Jessica L. Wright, CA Bar No. 301838
          Assistant United States Attorney
          110 West Seventh Street, Suite 300
          Tulsa, Oklahoma 74119
          (918) 382-2700
          Jessica.Wright@usdoj.gov

          */s/  Richard A. Mitchell*
          Richard A. Mitchell, OBA #15580
          PO Box 784
          Bartlesville, OK 74008
          r.mitchell6@yahoo.com
          918-332-6042
          *Attorney for Nicole Marie Purkey*